UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID SHEPHERD,

        Plaintiff,

   v.

AMERICAN HOME MORTGAGE SERVICES, INC.; AMERICAN BROKERS CONDUIT; AHMSI DEFAULT SERVICES, INC.; DEUTSCHE NATIONAL TRUST COMPANY; TREE HOUSE FINANCIAL MORTGAGE COMPANY; RAME ALBERT BATTA; NASRAT BATTA; and DOES 1-20 inclusive,

        Defendants.

                             /

NO. CIV. 2:09-1916 WBS GGH

<u>ORDER</u>

----oo0oo----

Plaintiff David Shepherd filed this action on July 14, 2009, against defendants American Home Mortgage Services, Inc. ("AHMSI"), American Brokers Conduit, AHMSI Default Services, Inc. ("AHMSI Default Services"), Mortgage Electronic Registration Systems, Inc. ("MERS"), Deutsche National Trust Company

1

("Deutsche"), Tree House Financial Mortgage Company ("Tree House"), and Rame Albert Batta. (Docket No. 1.) Federal question jurisdiction was predicated on his plaintiff's claim for violations of the Truth In Lending Act ("TILA"), 15 U.S.C. §§ 1601-1667f. (Docket No. 2.)

Plaintiff amended his initial Complaint once as of right and submitted the First Amended Complaint ("FAC") on September 11, 2009. (Docket No. 15.) Plaintiff's FAC alleged violations of TILA, the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§ 2601-2617; the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code §§ 1788.1-1788.33; and California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200-17210, as well as claims for negligence, fraud, breach of fiduciary duty, breach of contract, breach of the implied covenant of good faith and fair dealing, and wrongful foreclosure.

MERS, AHMSI, and Deutsche then filed motions to dismiss the FAC. The court granted these motions to dismiss without prejudice. Subsequently, plaintiff filed a Second Amended Complaint ("SAC") on December 10, 2009, that no longer asserts any federal claims. (Docket No. 43.)

IT IS THEREFORE ORDERED that within ten days of the date of this Order, the parties shall file briefs to show cause why this action should not be dismissed pursuant to 28 U.S.C. § 1367(c) in light of plaintiff's dismissal of his federal claims under RESPA and TILA.

IT IS FURTHER ORDERED that the hearing on AHMSI and Deutsche's motion to dismiss is hereby continued to March 1,

1  2010, at 2:00 p.m. in Courtroom 5.
2  DATED:   February 2, 2010

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE